*Thursday, September 18, 1997*

# MOTION DOCKET

**97–997.  Corporate Exchange Bldg. IV & V, L.P. v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 95–A–465.  On September 10, 1997, appellees filed an original merit brief without the requisite number of copies.  Whereas S.Ct.Prac.R. VIII(5)(A)(4) requires the original, plus eighteen copies of a brief,

IT IS ORDERED by the court, *sua sponte*, that appellees' merit brief be, and hereby is, stricken.

# MISCELLANEOUS DISMISSALS

**97–387.  Cincinnati Bell Tel. Co. v. Pub. Util. Comm.**
Public Utilities Commission, No. 96–431–TP–ACE.  This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio.  Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.